**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-MJ- 02370-BARBER

IN RE: SEALED
CRIMINAL COMPLAINT

_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the Complaint and Complaint Affidavit, Arrest Warrant, this Motion to Seal, and any resulting Sealing Order be SEALED for ninety (90) days, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any Complaint and Complaint Affidavit, Arrest Warrant, this Motion to Seal, and any resulting Sealing Order, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Search Warrant become public.

Dated: March 9, 2017

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar. No. 41481
99 N. E. 4th Street
Miami, Florida    33132-2111
TEL (305) 961-9159
FAX (305) 530-7976
francisco.maderal@usdoj.gov