UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-MJ-02370-GARBER

IN RE: SEALED
CRIMINAL COMPLAINT
_____/

## SEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the following be SEALED for ninety (90) days from the date of this Order, or until the arrest of the Defendant, whichever occurs first, with the exception of copies provided to law enforcement personnel:

1. Motion to Seal;

2. Criminal Complaint & Affidavit;

3. Arrest Warrant;

4. This Order.

DONE AND ORDERED at Miami, Florida, this 9 day of March, 2017.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Frank R. Maderal