FILED by **TB**   D.C.

**Apr 20, 2017**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

## 17-20275-CR-UNGARO/O'SULLIVAN

CASE NO._____

21 U.S.C. § 846
18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)

**UNITED STATES OF AMERICA**

v.

**KEVIN C. FUSCO,**
 **a/k/a "POLIRA,"**

 **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning in or around September 2015, and continuing through in or around April 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN C. FUSCO,**
**a/k/a "POLIRA,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **KEVIN C. FUSCO, a/k/a "POLIRA,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of 3,4-

Methylenedioxymethamphetamine, a Schedule I controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

Beginning in or around September 2015, and continuing through in or around April 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN C. FUSCO,**
**a/k/a "POLIRA,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury,  to commit certain offenses against the United States, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **KEVIN C. FUSCO, a/k/a "POLIRA,"** has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Sections 841 and/or 846, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      Upon conviction of a violation of Title 18, United States Code, Section 1956, or conspiracy to commit such violation, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KEVIN C. FUSCO,
    a/k/a "POLIRA,"

                        Defendant.
_____/

CASE NO. _____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes _____   No _____
Number of New Defendants
Total number of counts                _____

**Court Division:** (Select One)

X  Miami _____  Key West _____
   FTL _____   WPB _____   FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect      _____

4.  This case will take      5      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

(Check only one)

|     |                   |     |          | (Check only one) |     |
|-----|-------------------|-----|----------|------------------|-----|
| I   | 0  to  5 days     |  X  | Petty    |                  |     |
| II  | 6  to 10 days     |     | Minor    |                  |     |
| III | 11 to 20 days     |     | Misdem.  |                  |     |
| IV  | 21 to 60 days     |     | Felony   |                  |  X  |
| V   | 61 days and over  |     |          |                  |     |

6.  Has this case been previously filed in this District Court?   (Yes or No)      No
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)      Yes
    If yes:
    Magistrate Case No.      17-MJ-02370-Garber
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of      March 19, 2017
    Defendant(s) in state custody as of      _____
    Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      _____ Yes    X    No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      _____ Yes    X    No

_____
Francisco R. Maderal
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0041481

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **KEVIN C. FUSCO, a/k/a "POLIRA,"** _____

**Case No:** _____

Count #: 1

Conspiracy to Distribute Controlled Substances

Title 21, United States Code, Sections 846, 841(a)(1) & 841(b)(1)(C)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h) & 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**