# MINUTE ORDER

Page 4

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor    Date: 04/21/17    Time: 1:30 p.m.

Defendant: KEVIN C. FUSCO    J#: Surr *Released*    Case #: 17-20275-CR-UNGARO SEALED
AUSA: James Hayes    Attorney: AFPD - A. Ravindran
Violation: CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES    Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance + arraign    CJA Appt:
(Bond)/PTD Held: ☐ Yes ☒ No    Recommended Bond:
Bond Set at:    Co-signed by:

☒ Surrender and/or do not obtain passports/travel docs    Language: English

☒ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☒ Random urine testing by Pretrial Services / Treatment as deemed necessary — Refrain controlled Subs. unless prescribed by a Dr.

☒ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☒ No firearms

☒ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: SD Fl. EDO N.Y. NY +

☒ Other: must Reside SD NY at

Disposition: D/advised. D/sworn. Appt., AFPD D/on Bond from N.Y. agreed 250,000 PSB - co-signed by girl friends father Jim Kurilo.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Case unsealed.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: address on Bond
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:16:26    Time in Court: 10

s/Chris M. McAliley    Magistrate Judge