NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-20275-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

KEVIN C. FUSCO,

      Defendant.
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

                    Respectfully submitted,

                    BENJAMIN G. GREENBERG
                    ACTING UNITED STATES ATTORNEY

By:   s/ Nalina Sombuntham
        Nalina Sombuntham
        Assistant United States Attorney
        Fla. Bar No. 96139
        99 N.E. 4th Street, 7th Floor
        Miami, Florida   33132-2111
        Telephone:   (305) 961-9224
        Facsimile:   (305) 536-7599
        nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 4, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

                                       s/ Nalina Sombuntham
                                       Nalina Sombuntham
                                       Assistant United States Attorney