UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20275-CR-UNGARO

UNITED STATES OF AMERICA

v.

KEVIN FUSCO,
    a/k/a "Polira,"

    Defendant.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY

The United States of America, having filed an unopposed motion for a protective order regulating the disclosure of discovery and sensitive information contained therein to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

IT IS HEREBY ORDERED that the government is authorized to disclose sensitive information in its possession that the government believes necessary to comply with the discovery obligations imposed by this Court;

IT IS FURTHER ORDERED that counsel of record for defendants in this proceeding shall hold the Discovery in strict confidence. Therefore, defense counsel shall restrict access to the Discovery, and shall disclose the Discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter and in a manner that will prohibit the disclosure of the Discovery to other persons not involved in the defense;

IT IS FURTHER ORDERED that counsel of record for defendants shall advise any person to whom any portion of the Discovery is disclosed that such information shall be held in

strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

IT IS FURTHER ORDERED that counsel of record for defendants shall obtain a certification from each person to whom any portion of the Discovery is disseminated or provided, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court, and (b) agrees that they will not disclose or disseminate the information without express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received any portion of the Discovery and the date on which such information was first disseminated or provided.

IT IS FURHER ORDERED that counsel of record agree that, upon conclusion of the above captioned case,[1] copies of the Discovery disclosed to defense counsel pursuant to the terms of this order shall be destroyed or returned to the United States.

DONE AND ORDERED in chambers at Miami, Florida, this 15 day of May, 2017.

HON. URSULA UNGARO
UNITED STATES DISTRICT COURT JUDGE

cc: All counsel of record

---

[1] This shall mean the period at the conclusion of any appellate and Section 2255 proceedings; if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.

2