UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE 17-20275-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                         ORDER

KEVIN C. FUSCO,

        Defendant.
------------------------------/

   THIS CAUSE came before the Court for Calendar Call on May 24, 2017, in the interest of justice and based on the representations made by counsel, it is

   ORDERED AND ADJUDGED that the case is continued for trial to the two-week period beginning **AUGUST 7, 2017 This case is specially set.** Calendar Call will be held on **AUGUST 2, 2017 at 1:00 p.m.** The Court further finds that the period of delay resulting from this continuance, to-wit:(the date of the Cal. Call)**to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 etseq. All exhibits must be pre-marked and the exhibit list shall be furnished to the Court along with each parties proposed voir dire questions and proposed jury instructions **TEN DAYS** before the date of trial. **MOTION CUTOFF DATE JUNE 30, 2017.**

   All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement

the subject matter of the motion.

**If either side intends to seek the admission of tapes and transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.**

DONE AND ORDERED at Miami, Florida this __25__ day of May, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE


cc:   Counsel of record