UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20275-CR-UU

UNITED STATES OF AMERICA

vs.

KEVIN FUSCO,
    a/k/a, "POLIRA,"

           Defendant.
_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt.

### "POLIRA" Vendor on Nucleus and Other Dark Web Market

1. Since at least September of 2015, agents identified a narcotics vendor, known as "POLIRA," appearing on the Nucleus Market. Dark Web marketplaces, such as Nucleus, allow venders, in conspiracy with the unknown marketplace administrators, to distribute controlled substances anonymously online and launder the proceeds through a series of complex bitcoin transactions designed to conceal the nature, source, and control of the funds.

2. On two occasions, DEA agents made undercover online purchases of MDMA from "POLIRA" and received the MDMA via U.S. Mail, shipped to undercover mailboxes in Miami, Florida:

    a. On October 14, 2015, DEA agents purchased 1 gram of MDMA from "POLIRA" on the Nucleus Marketplace for 0.2749 bitcoins. In the description, POLIRA stated: "1 Gram MDMA - Lab Tested 88% pure!;" and,

1

b. On November 17, 2015, DEA agents purchased 25 MDMA pills from "POLIRA" on the Nucleus Marketplace for 1.176 bitcoins. In the description, POLIRA stated: "5 Yellow Snapchat - 220mg MDMA."

3. In both instances, the controlled substances were shipped via United States Priority Mail with New York City return addresses. Laboratory results have confirmed that the items received in Miami, Florida, contained MDMA.

4. Based on "POLIRA's" profile on Nucleus, as well as vendor reviews on various internet forums, "POLIRA" has conducted hundreds of transactions on at least two Dark Web marketplaces, including: Nucleus with at least 492 transactions and Agora with an unknown number of transactions. On both marketplaces, "POLIRA" advertised MDMA.

5. Each of the 492 transactions on Nucleus consisted of at least 1 gram of MDMA for a total quantity distributed of 492 grams of MDMA.

<u>Kevin FUSCO was "POLIRA"</u>

6. At all times the defendant, Kevin FUSCO, was in fact operating on the dark web as POLIRA and conspiring to distribute MDMA and launder the proceeds in bitcoin as outlined above.

7. Since the time of the first controlled purchase from "POLIRA" on October 14, 2015, DEA and other law enforcement agents were able to confirm the identity FUSCO as the "POLIRA" on Nucleus using the shipping records associated with the packages of drugs shipped to DEA via the United States Postal Service (USPS).

8. USPS records revealed that the aforementioned undercover drug purchase on November 17, 2015 was shipped using postage purchased at "Stamps.com". Records obtained from Stamps.com revealed that the Stamps.com account used by "POLIRA" to ship the drugs to

2

UC agents was opened in January of 2014 and registered under the name of "Kevin Fusco" and address 226 E 14th Street, Apartment 4R, New York, New York 10003. A search of New York Department of Motor Vehicles database revealed that FUSCO resides at that address.

9. FUSCO's Stamps.com account further revealed that between January 2014 and August 2016, thousands of dollars in postage was purchased and used for individual mailings and packages, dozens of which were shipped to addresses in the Southern District of Florida. In addition, Stamps.com IP connection records revealed logins into FUSCO's Stamps.com account from IP addresses belonging to Time Warner Cable. Records from Time Warner Cable revealed the Stamps.com login IPs were assigned to FUSCO at the exact dates and times that the IPs were captured by the Stamps.com system, and that FUSCO subscribed to wireless internet service with service address at the Fusco Residence.

10. FUSCO's Stamps.com IP connection records also reveal that on November 15, 2015, Stamps.com captured a login IP address belonging to the Tideline Resort in Palm Beach, Florida. A subpoena to Tideline Resort revealed that FUSCO stayed at the resort from November 14, 2015 to November 16, 2015.

11. In addition, the Stamps.com records revealed that FUSCO shipped his packages from the New York area and that during the time period that FUSCO stayed at the Tideline Resort in Florida, there was shipping inactivity. Similarly, FUSCO's Stamps.com account showed shipping inactivity from February 22, 2016 to March 28, 2016, coinciding with a time that FUSCO is known to have been travelling overseas, based U.S. immigration records.

## Bitcoin Analysis

12. Analysis of bitcoin wallets and addresses associated with FUSCO revealed transfers from other addresses known to be associated with Dark Web marketplaces, consistent with FUSCO's laundering of his narcotics trafficking proceeds on the Dark Web and then transferring them out to other bitcoin addresses he controlled. FUSCO laundered and received at least $100,000 in narcotics trafficking proceeds during the conspiracy.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 8/3/17    By: _____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY

Date: 8/3/17    By: _____
IAN McDONALD
ATTORNEY FOR DEFENDANT

Date: 8/3/17    By: _____
KEVIN FUSCO
DEFENDANT