UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20275-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,
v.

KEVIN CHRISTOPHER FUSCO,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO DISCHARGE BOND

This matter having come before the Court on Defendant's Motion to Discharge Bond, and this Court having fully apprised in the premises, it is hereby

**ORDERED and ADJUDGED** that the motion is hereby GRANTED. The personal surety bond which encumbers co-signer Timofey Kurilo and the property he posted on the bond, is hereby discharged.

**DONE and ORDERED** at Miami, Florida, this 14 day of March, 2018.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All parties of record