UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 17-20275-CR-UNGARO

UNITED STATES OF AMERICA
   Plaintiff

v.

FILED by_____ D.C.

AUG 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

KEVIN FUSCO
   Defendant
_____/

RELIEF REQUESTED PURSUANT TO 28 U.S.C. § 2201

**APPEARS**, now, Defendant respectfully request this court to declare speific rights in law, as follows:

1) That Defendant in this criminal process. has the right to "standing" being proven by the United States;

2) That Defendant is protected under Article III of the United States Constitution, specifically that "the Judicial powers of the United States, shall only extend to "cases or controversies";

3) That "injury in fact" is the "first and foremost" 'element' to be proven, as regards to 'standing';

Submitted this 15th day of August 2018,

Kevin Fusco
Pro Se
Maxwell AFB, FPC
Montgomery, AL 36112



Kevin Fusco 81314-053
Maxwell AFB, FPC
Montgomery, AL 36112

RECEIVED
18 AUG 2018 PM 1
MONTGOMERY AL 360

USMS INSPECTED

United States District
400 N. Miami Avenue Rm 8-No 9
Miami, FL 33128-7716

LEGAL MAILING

33128-771699