UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case 1:1720275-cr-Ungaro



UNITED STATES
    Plaintiff

v.

KEVIN FUSCO
    Defendant

## MOTION ORDERING PLAINTIFF RESPONSES

COMES now, Defendant, does hereby request this court issue an order directing the United States to respond to Deendants prior (2) motions before this court.

### HISTORY

Defendant filed a motion dated 16 July 2018, requesting the court Grant him leave to file for a post conviction hearing. As of this date, neither government nor court has responded.

Defendant further filed for relief purusant to 28 U.S.C. § 2201 in a motion dated 15 August 2018, again, with no affirmative reponse from the government or this court.

### RELIEF REQUESTED

Defendant request this court GRANT such relief, and ORDER the United States to enter an affirmative reponse on both prior motions so as to afford Defendant his protected rights.

Submitted this 11th day of September 2018

*Kevin Fusco*
Kevin Fusco
Pro Se



Kevin Fusco
Maxwell AFB FPC
Montgomery, AL 36112

MONTGOMERY AL 360
12 SEP '18
PM 4 L

REC'D by _____ D.C.
SEP 10 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

United States Courthouse
400 North Miami Ave. RM 8-N09
Miami, FL 33128-7716

LEGAL MAIL

33128-771699