UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20275-UU

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN C. FUSCO,

        Defendant.

_____/

## ORDER STRIKING *PRO SE* FILINGS

THIS CAUSE is before the Court on three *pro se* filings by Defendant: (1) Motion for Leave to File for Post Conviction Hearing (D.E. 38), (2) Motion for Relief Pursuant to 28 U.S.C. § 2201 (D.E. 39), and (3) Motion to Compel/Order the United States to Enter Affirmative Responses (D.E. 40) (collectively, the "Motions").

The Court has considered the Motions and notes that Defendant is represented by an attorney in this matter. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant's *pro se* filings (D.E. 38, 39 & 40) are STRICKEN. *See, e.g., Cross v. United States*, 893 F.2d 1287, 1291-92 (11th Cir. 1990) ("[A]n individual does not have a right to hybrid representation.") (internal citations omitted).

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of September, 2018.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record