UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:17-20275-CR-UNGARO

FILED by SJO D.C.

SEP 25 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA
    Plaintiff

vs

KEVIN C FUSCO
    Defendant

### MOTION FOR RELIEF PURSUANT TO § 3742 of Title 18

APPEARS now, Defendant FUSCO, request this court, notify the 11th Circuit court of appeals, of his intent to appeal his sentence as unlawful, in accordance with subsection (a)(1) of § 3742 of Title 18.

### RELIEF WARRANTED DUE TO JURISDICTIONAL VIOLATIONS

As such, Defendant FUSCO is protected from any "waiver" of Jurisdictional protections, since by law, jurisdiction (subject matter and Article III) can never be waived.

### RELIEF REQUESTED

Defendant request this court notify the 11th Circuit court of appeals, of his intention to appeal his judgment and sentence as unlawful, pursuant to the statute at large.

Submitted this 20th day of September 2018

*Kevin Fusco* (signature)
Kevin Fusco
Maxwell AFB FPC
Montgomery, AL 36112

--1--

Kevin C Fusco
Maxwell AFB FPC
Montgomery AL 36112

MONTGOMERY
AL 360
20 SEP '18
PM 4

USMS
INSPECTED RECEIVED

SEP 25 2018
12:39 PM

United States Courthouse
400 North Miami Avenue Rm 8-09
Miami, FL 33128-7716

LEGAL

33128-771699