

FILED by _____ D.C.

DEC 18 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

KEVIN FUSCO,

    vs.                                CRIMINAL NO. 1:17-20275-CR-UNGARO

UNITED STATES OF AMERICA

## MOTION TO RECUSE

Appearing now, Defendant Fusco Motions this Court to ORDER recusal of Judge Ursula Ungaro, for the following reasons:

1) According to 28 USC 455(b)(1): a judge **"shall also disqualify himself** in the following circumstances:

    (1) "When he has a personal bias or prejudice concerning a party or **personal knowledge of disputed evidentiary facts concerning the proceeding."**

2) Judge Ursula Ungaro has **"personal knowledge of disputed evidentiary facts concerning the proceeding."**

    Specifically, challenge to this court's jurisdictional authority over these proceedings.

    Indictment and PSR evidentiary facts on record prove Defendant's argument as to lack of Government's "standing".

3) In support of judge's bias, Defendant offers the following facts in law:

4) The prosecutor's duties, as outlined in 28 USC 547, proves that Judge Ungaro allowed this doctrine of law (standing) to be ignored, specifically:

"Except as otherwise provided by law, each United States attorney, within his district, shall --

(1) prosecute for <u>all offenses against the **United States**</u>:

5) Nothing in 28 USC 547, makes allowances for "prosecuting for alleged offenses against individual investors, under private contract(s) with defendant." (Article III case/controversy doctrine applies).

### SPECIFIC RELIEF REQUESTED

Judge Ungaro recuse herself as required under 28 USC 455, as cited.

Submitted this 12th day of December, 2018.

Kevin Fusco
Pro Se
Maxwell Air Force Base FPC
Montgomery, AL 36112

cc:  ECF to AUSA



Kevin Fusco 81314-053
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

MONTGOMERY AL 360
14 DEC 2018 PM 4 L

USMS INSPECTED
RECEIVED

US District Court
400 N. Miami Ave Rm 8-N09
Miami, FL 33128-7716

33128-180549