UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-24916-UU
(Criminal Case No. 17-CR-20275-UU)

KEVIN FUSCO,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon the Movant's *pro se* Amended Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (D.E. 7) (the "2255 Motion") and his *pro se* Motion to Dismiss Cause Due to Lack of Jurisdiction (D.E. 21) (the "Motion to Dismiss") (collectively, the "Motions").

THE COURT has considered the Motions and the pertinent parts of the record in both this case and Case Number 17-CR-20275-UU (the "Criminal Case"), and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White who, on December 14, 2018, issued a Report (the "Report") (D.E. 22) recommending that: (i) the 2255 Motion be denied as frivolous; (ii) the Motion to Dismiss be denied as frivolous; (iii) no certificate of appealability issue; and (iv) this case be closed. Both parties were given fourteen days to file objections. Neither party filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

1

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation and concurs in all of his findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 22, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGDED that the 2255 Motion, D.E. 7, is DENIED WITH PREJUDICE. It is further

ORDERED AND ADJUDGDED that the Motion to Dismiss, D.E. 21, is DENIED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that no certificate of appealability shall issue. It is further

ORDERED AND ADJUDGED that the Clerk shall enter final judgment. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this _4th_ day of January, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Kevin Fusco, *pro se*