UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
SOUTHERN DISTRICT

Cause no 1 17 cr 20275-UU

UNITED STATES OF AMERICA

VS

KEVIN FUSCO

## NOTICE OF APPEAL

**DEFENDANT** FUSCO herbey notify this court it is his intent to appeal the order dated 20 Dec 2018 (Doc 47) on the following grounds;

1) This court found that the § 3742(a)(1) motion, was untimely pursuant to the statute of law, and rule 4(b) of appeals rules;

2) This holding, does not comport with the Supreme Courts time tested holdings in MIRANDA v ARIZONA.

"When the Constitutional rights of a person are involved, any legislation or rule which abrogates those rights is VOID."

3) Defendant FUSCO OBJECTS to such erronious holdings by Judge UNGARO, and notifies this court he intends to Appeal this denial to the 11th Circuit Court of appeals

Submitted this 2nd day of January 2019

*Kevin Fusco* (signature)

Kevin Fusco
Maxwell Air Force Base
Montgomery AL 36112

Kevin Fusco 81314-053
PC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Appeals

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, FL 33128-7716



CERTIFIED MAIL