UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Cause No. 1:17-cr-20275-UU

UNITED STATES OF AMERICA

V

KEVIN FUSCO

REC'D BY_____D.C.

JAN 1 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

FILED BY___PG___D.C.

JAN 10 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## OBJECTIONS

**DEFENDANT** HEREBY Pro Se enters the following objections in the record regarding Judge Ungaro's recent ORDER.  (Doc #48)

1)   Judge UNGARO, in error, states: **"Movant does not argue that the alleged bias and prejudice results from an extrajudicial source -- that is, a source outside of the judicial proceedings; rather, Movant's request for recusal is based upon rulings made in this case."**

## ERROR IN LAW

Judge UNGARO is operating on the dangerous presumption that a constitutionally supported "case" (injury in fact as constitutionally mandated to ascertain federal jurisdiction exists in the forum.

Defendant's pending challenge to the court's Article III "extension of powers" over these proceedings, by design, puts Judge UNGARO "outside" of a "judicial proceeding".

## CONCLUSION

As such, Judge UNGARO currently has her limited federal authority under challenge.  The records show clearly that Judge UNGARO acted without the support of federal Article III powers.  Therefore, Judge UNGARO is involved in "extra judicial bias" with the

Attorney for the United States. Therefore, Judge UNGARO is connected to a bias source "outside the judicial proceedings" since the federal powers did not and do not extend to the criminal charges, failing injury in fact by the US.

Defendant FUSCO hereby objects to the aforementioned.

## NOTICE OF APPEAL

Defendant FUSCO hereby notifies this court it is his intention to APPEAL the Order by Judge UNGARO (Doc #48) and requests this court notify the 11th Circuit Court of Appeals of such.

Kevin Fusco
Maxwell Air Force Base
Montgomery, AL 36112

Kevin Fusco  81314-053
PC Montgomery
Maxwell Air Force Base
Montgomery, AL  36112

Appeals

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, FL   33128-7716



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

33128-7716 US75