Case 1:17-cr-20275-UU Document 52 Entered on FLSD Docket 01/14/2019 Page 1 of 3
Case: 19-10137 Date Filed: 01/11/2019 Page: 1 of 6

FILED BY HH D.C.

Jan 14, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 14, 2019

Kevin Fusco
FPC Montgomery - Inmate Legal Mail
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

Appeal Number: 19-10137-D
Case Style: USA v. Kevin Fusco
District Court Docket No: 1:17-cr-20275-UU-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM 01/11/2019. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
SOUTHERN DISTRICT

Cause no 1 17 cr 20275-UU

FILED BY __PG__ D.C.
JAN 10 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

VS

KEVIN FUSCO

REC'D BY _____ D.C.
JAN 1 1 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FILING FEE
PAID __NO__
In Forma Pauperis __NO__
Angela E. Noble, Clerk

## NOTICE OF APPEAL

**DEFENDANT** FUSCO herbey notify this court it is his intent to appeal the order dated 20 Dec. 2018 (Doc 47) on the following grounds;

1) This court found that the § 3742(a)(1) motion, was untimely pursuant to the statute of law, and rule 4(b) of appeals rules;

2) This holding, does not comport with the Supreme Courts time tested holdings in MIRANDA v ARIZONA.

"When the Constitutional rights of a person are involved, any legislation or rule which abrogates those rights is VOID."

3) Defendant FUSCO OBJECTS to such erronious holdings by Judge UNGARO, and notifies this court he intends to Appeal this denial to the 11th Circuit Court of appeals

Submitted this 2nd day of January 2019

*Kevin Fusco* (signature)

Kevin Fusco
Maxwell Air Force Base
Montgomery AL 36112