UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
File No 17-CR-20275-UU



UNITED STATES OF AMERICA

VS

KEVIN FUSCO

## MOTION FOR ORDER TO PRODUCE PERSONAL ITEMS SEIZED

Appearing Now. Defendant does hereby request this court to ORDER the United States, to produce the following items, of which were seized upon Defendants arrest:

1) (3) Pair of sunglasses;
2) Clothing on person during arrest;
3) Shoes on person during arrest;
4) $1,200 in US Currency on person during arrest;
5) (2) cellular telephones on person during arrest;
6) (1) United States Passport;
7) (1) personal wallet;
8) (1) backpack;
9) (1) computer case;
10) (1) laptop computer;
11) (1) notebook;

### ARGUMENT

Above items were never documented by receipt, and have never been returned to Defendant nor has credit to his restitution ever shown any adjustments for the cash, or other personal items which may have been taken to pay restitution.

Under the Due Process rights of the United States Constitution. Defendant is entitled to have full accounting for the seizing of these items and is entitled to their production or inthe alternative, a receipt and appropriate "credit" against his restitution

### RELIEF REQUESTED

Defendant asks this court to ORDER the United States to either produce the noted items. In the event the United States has lost control of such items then relief requested would be for the Plaintiff in the suit to issue a "Credit" voucher to the court records, for the benefit of being applied to his restitution balance.

Submitted this 18th day of January 2019

Kevin Fusco

-2-

I Kevin Fusco, swear under penalty of perjury, that the aformentioned facts are true and correct to the best of my knowledge.

I further certify a copy of this has been electronically issued to the Plaintiff in this suit, by way of Inamte ECF rules.

*[signature]*

Kevin Fusco
Maxwell Air Force Base
Montgomery, AL 36112



MONTGOMERY AL 350

17 JAN 2019 PM 4 L

**RECEIVED**

**USMS INSPECTED**

JAN 23 2019
12:39 PM

Kevin Fusco 81314-053
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

U.S District Court
Southern District of Florida
400 N. Miami Ave Rm 8-N09
Miami, FL 33128-7716

33128-180549