UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Cause No: 17-CR-20275-UU

FILED BY _____ D.C.
JAN 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

   VS

KEVIN FUSCO

## OBJECTIONS

APPEARING NOW DEFENDANT FUSCO, does hereby enter the following objections for the records:

   1) This court failed to provide FUSCO a proper and due process entitled hearing under § 2255(b), with regards to the United States' "lack of standing". This argument was FUSCO's "first and foremost" in his § 2255 motion: OBJECTION.

   2) This court failed to apply the principles in law, as outlined by Congress in § 2255(a) and (b); specifically, a proper filing and ruling in law as to the jurisdictional challenge entered regarding § 3231 invalidity due to Congress's failure to "bicameral" passage of HR 3190 12 May 1947: OBJECTION.

   3) This court failed to uphold the Defendant's rights to his 1st Amendment rights to "Government redress", when presented with the arguments of "jurisdiction wanting": OBJECTION.

   4) This court failed to provide a record filing of Defendant's OBJECTIONS to Magistrate White's Report and Recommendations: OBJECTION.

- 1 -

Submitted this 18th day of January 2019

*[signature: Kevin Fusco]*
Kevin Fusco
Pro Se
Maxwell Air Force Base
Montgomery, AL 36112

Kevin Fusco  81314-053
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

U.S District Court
Southern District of Florida
400 N. Miami Ave Rm 8-N09
Miami, FL 33128-7716

33128-180549

USMS INSPECTED RECEIVED

MONTGOMERY AL 360
17 JAN 2019 PM 4 L

JAN 23 2019 12:39 PM
USA FOREVER