UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20275-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN C. FUSCO,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant's Motion for Order to Produce Personal Items Seized (D.E. 53) (the "Motion").

THE COURT, having reviewed the Motion and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that the Government is ORDERED TO SHOW CAUSE why the Motion should not be granted no later than **Friday, February 9, 2019.**

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Kevin Fusco, *pro se*
Counsel of record via CM/ECF