UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-cr-20275-UNGARO

UNITED STATES OF AMERICA,

vs.

KEVIN C. FUSCO,
    Defendant.
_____/

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR ORDER TO PRODUCE PERSONAL ITEMS SEIZED

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this response to defendant's motion for return of personal items seized (DE 53). The Defendant's motion requests the return of the following items: three (3) pairs of sunglasses; defendant's clothing and shoes taken during his arrest; one thousand two-hundred ($1,200.00) dollars in U.S. currency; two (2) cellular telephones (one Apple iPhone 6 and one Alcatel cellphone); one (1) United States passport; one (1) wallet; one (1) backpack; one (1) computer case; one (1) laptop computer; and one (1) notebook.

The United States agrees to return all items to the defendant except for the Apple iPhone 6 for two reasons. First, the defendant's iPhone contained evidence of his criminal activity, specifically, photos of narcotics and virtual currency utilized during the defendant's drug trafficking activities. Second, on January 10, 2019, the defendant filed a notice of appeal (DE 50). Since an appeal is pending, it is the United States' position that any items of evidentiary value should be retained until said appeal concludes.

The United States requests that the defendant identify an individual who the property should be returned to.

FOR THESE REASONS, the Court should grant in part and deny in part the defendant's motion.

                                              Respectfully Submitted,

                                              ARIANA FAJARDO ORSHAN
                                              UNITED STATES ATTORNEY

By:    /s/ Sharad A. Motiani
         SHARAD A. MOTIANI
         Assistant United States Attorney
         Florida Bar No. 711233
         United States Attorney's Office
         99 Northeast 4th Street, Suite 700
         Miami, Florida 33132
         (305) 961-9392/(305) 536-7213(fax)
         Sharad.A.Motiani@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this response was electronically filed via CM-ECF on February 8, 2019. I also certify that, on the same day, I caused a true and correct copy of this response to be sent by certified mail to the following address: Kevin Fusco, 81314-053, FPC Montgomery, Maxwell Air Force Base, Montgomery, AL 36112.

By:  /s/Sharad A. Motiani
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY