UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-20275-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                     ORDER

KEVIN C. FUSCO,

        Defendant.
_____/

    THIS cause is before the Court on the Defendant's Motion to Personal Items (DE#53) and the Court having reviewed the matter, being otherwise fully advised in the premises, it is hereby,

    ORDERED AND ADJUDGED that the Motion is DENIED in part and GRANTED in part in accordance with the Government's response.

    DONE AND ORDERED at the United States District Court, Miami, Florida, this _12_ day of February, 2019.

                                           URSULA UNGARO
                                       UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record