UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
**Crim No. 17-CR-2-275-UU**

KEVIN FUSCO
    Movant

vs

UNITED STATES OF AMERICA
    Respondent

FILED BY _____ D.C.
MAR 0 5 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR CERTIFIED COPY OF ELECTRONIC DISCOVERY

Appearing now, Defendant FUSCO, hereby request the following relief:

1) The United States has agreed to return FUSCO's personal items, as requested, with the exception of his cell phone; (I-Phone 6)

2) The United States elected to retain this item, due to the pending Appeal before the Higher court;

3) Lacking in this item, Defendant FUSCO is without his full discovery required to represent his complete argument in law;

## RELIEF REQUESTED

MOVANT request this court ORDER the United States to produce a certified copy of his cell phone's harddrive, for the purpose of his review and reliance on his appeals process.

Submitted this 28th day of February 2019

Kevin Fusco
Pro Se
MAxwell Air Force Base
Montgomery, AL 36112



Kevin Fusco 81314-053
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

MAR 05 2019
11:57 AM

USMS INSPECTED
RECEIVED

U.S District Court - Southern District of Florida
400 N. Miami Ave Rm 8-N09
Miami, FL 33128-7716

33128-180549