UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
1:17-20275-CR-UNGARO

FILED BY PG D.C.

MAR 2 6 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

VS

KEVIN C FUSCO

## MOTION TO COMPEL

MOVANT (FUSCO) hereby request this honorable court, issue a ORDER in the affirmative, requiring the United States to reply to MOVANTS earlier requested discovery production (Specifically, copy of electronics)

Submitted this 18th day of March 2019, for the purpose of expediting Justice in these proceedings.

*Kevin Fusco* (signature)

Kevin C. Fusco
Maxwell Air Force Base
Montgomery, AL 36112

CC: ECF all on file



MONTGOMERY AL 360

20 MAR 2019 PM 2 L

Kevin Fusco 81314-053
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

US District Court - Southern District of Florida
400 N. Miami Ave Rm 8-N09
Miami, FL 33128-7716

33128-160549

USMS
INSPECTED RECEIVED
MAR 26 2019
1:13 PM