UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cr-20275-UU

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN C. FUSCO,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant's Motion for Certified Copy of the Electronic Discovery stored on his Apple iPhone 6 (D.E. 59) and Defendant's Motion to Compel production of the same (D.E. 60) (together, the "Motions").

THE COURT, having reviewed the Motions and pertinent parts of the record and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that the Motions, D.E. 59 & D.E. 60, are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _27th_ day of March, 2019.

                                                        _____
                                                        URSULA UNGARO
                                                        UNITED STATES DISTRICT JUDGE

copies provided:
Kevin Fusco, *pro se*
Counsel of record via CM/ECF