Case 1:17-cr-20275-UU   Document 63 (Court only)   Entered on FLSD Docket 04/27/2021
Page 1 of 2

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) |
|  | ) Case No. 17-20275-CR-UNGARO |
|  | ) |
| Kevin C. Fusco | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: James Lawrence King Federal Justice Building<br>99 N.E. Fourth Street Miami, FL 33132 | Courtroom No. 10-5 |
|---|---|
| Pursuant to Administrative Order 2020-33, a mask must be worn at all times in a federal courthouse facility. | Date and Time: 5/11/2021 at 2:00 PM<br>(Report to the USMS cellblock at 10:00 AM for processing) |

This offense is briefly described as follows:
1. Violation of Mandatory Condition, by failing to refrain from violation of the law.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Kiara Snipes
Deputy Clerk
Date Apr 27, 2021

FILED BY PG D.C.
APR 30 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: 4/27/2021

s/Kiara Snipes
*Issuing officer's signature*

Kiara Snipes – Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 4/28/21

John Carles U.S. PO
*Server's signature*
*Printed name and title*