# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 5/11/2021   Time: 1:30 p.m.

| | |
|---|---|
| Defendant: KEVIN FUSCO | J#: 81314-053   Case #: 17-CR-20275-UNGARO |
| AUSA: Manolo Reboso | Attorney: Courtney Montiero, Retained |
| Violation: SUPERVISED RELEASE VIOLATION | **Summons**:   YOB: 1987 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| **Bond Set**: $25,000 personal surety | **Co-signed: Within 48 hours** |

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed*/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
       Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] *Travel extended to: SD/FL only*
- [x] *Other: Maintain residence at office on SW 8th Street,* **

Language: ENGLISH

Disposition:
Defendant consents to appear by VTC
The parties STIPULATE to bond –
**NO HEARING HELD.** The Court allows counsel to sign bond for the defendant with his approval.
**Defendant Released**
All further proceedings before Judge Ungaro

***Not to reside with girlfriend during the pendency of this case. Abide by the Stay Away Order from girlfriend**

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. **13:35:38**   EGT-02/05-11-2021-ZOOM-**1:35 pm**   Time in Court: 10

s/Edwin G. Torres                               Magistrate Judge