UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20275-UU

UNITED STATES OF AMERICA,

v.

KEVIN FUSCO,

        **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through its undersigned Assistant United States Attorney, respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney DANIEL FUNK be informed of all future filings in the above-captioned case.

                                  Respectfully submitted,

                                  JUAN ANTONIO GONZALEZ
                                  UNITED STATES ATTORNEY

By:   *s/ Daniel Funk*
        DANIEL FUNK
        Assistant United States Attorney
        Florida Bar No.: 0592501
        500 S. Australian Avenue
        Suite 400
        West Palm Beach, Florida 33401
        Telephone: (305) 905-7509
        Email: daniel.funk@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Daniel Funk*
DANIEL FUNK
Assistant United States Attorney