UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-20275-RLR

UNITED STATE OF AMERICA,

    Plaintiff,

v.

KEVIN FUSCO,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, COURTNEY MONTIERO, and hereby files this Motion to Withdraw as Counsel for the Defendant, KEVIN FUSCO, in the above captioned matter and as grounds therefore states as follows:

1. On May 11, 2021, Undersigned Counsel filed her Notice of Appearance in the above captioned case. The undersigned was hired to represent the Defendant in matters related to a violation of supervised release stemming from state criminal charges that have been dismissed. That violation has been lingering for approximately one year.

2. The Defendant has recently been arrested and charged with drug related offenses in Southern District of Florida Case No. 22-mj-08078-RMM. The

Federal Public Defender has been appointed to represent the Defendant in that case.

3. It is expected that a new violation of supervised release will be filed in the above captioned case related to the new drug charges. Undersigned counsel has not been retained to represent the Defendant in a supervised release violation stemming from the new drug charges.

4. Undersigned counsel has consulted with the Defendant, KEVIN FUSCO, who consents to her withdrawal from the above captioned case.

5. A copy of this motion to withdraw was sent to the client at Palm Beach County, Main Detention Center, 3228 Gun Club Road, West Palm Beach, FL 33406 via US Mail on today's date.

**WHEREFORE**, Undersigned respectfully requests the Court allow her to withdraw from the above captioned case.

Respectfully submitted,

COURTNEY MONTIERO, ESQ.
2847 Hollywood Blvd
Hollywood, FL 33020
Ph: 954-947-2848
Fx: 954-272-7657
courtney@montierolaw.com

By: */s/ Courtney Montiero*
Courtney Montiero, Esq.
Florida Bar No.73901

## CERTIFICATE OF COMPLIANCE

I CERTIFY that this motion complies with the paper size, line spacing, margins, typeface, type styles, and length limits specified in requirements of Fed. R. App. P. 32(g) as specified in Rule 27(d).

*/s/Courtney Montiero*
Courtney Montiero
Fla. Bar no. 73901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF and served on AUSA Daniel Fung and AFPD Caroline McCrae at Caroline_McCrae@fd.org and sent via US Mail to Kevin Fusco at Palm Beach County, Main Detention Center, 3228 Gun Club Road, West Palm Beach, FL 33406 on April 11, 2022.

By: */s/ Courtney Montiero*
Courtney Montiero, Esq.
Florida Bar No. 73901
