UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80056-CR-DMM
17-20275-CR-RLR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KEVIN CHRISTIAN FUSCO,

     Defendant.

_____/

## **PRETRIAL DETENTION ORDER**

On April 22, 2022, the Defendant appeared before the Court for a pretrial detention hearing pursuant to 18 U.S.C. §3142(f) in case number 22-80056 and for an initial appearance on a Superseding Petition for violating his supervised release in case number 17-20275. Rather than proceed with an evidentiary hearing, and with advice of counsel, Mr. Fusco stipulated to detention, expressly reserving his right to seek a full detention hearing at a subsequent date. The Court finds that there is a factual and legal basis to accept the stipulation to detention.

Now, therefore, it is hereby **ORDERED** that the Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a

court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for the purpose of a court appearance.   This Order is without prejudice to the Defendant seeking a full detention hearing at a subsequent date.

> **DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 22nd day of April 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2