UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20275-Cr-Rosenberg

UNITED STATES OF AMERICA,

v.

KEVIN CHRISTIAN FUSCO,

       Defendant.
_____/

## REPORT & RECOMMENDATION

      Defendant, KEVIN CHRISTIAN FUSCO, appeared before the Court on July 8, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with conspiracy to distribute a detectable amount of MDMA, in violation of Title 21 U.S.C. § 846 and conspiracy to commit money laundering, in violation of Title 18 U.S.C. § 1956(h). Following this conviction, he was sentenced to thirty-six (36) months as to counts one and two to be served concurrently in prison and three (3) years of supervised release.

      The Defendant began his term of supervised release on December 13, 2019. He presently stands charged with violating his supervised release by: (1) failing to refrain from violation of the law (2) failing to refrain from violation of the law (3) leaving the judicial district without first securing permission of the Court (4) leaving the judicial district without first securing permission of the Court (5) unlawfully possessing or using a controlled substance, (6) leaving the judicial district without first securing permission of the Court (7)

failing to refrain from violation of the law (8) failing to refrain from violation of the law and (9) failing to refrain from violation of the law.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations, 3 through 9, through counsel, stated his wish to proceed to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 3 through 9. The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible. The United States Attorney, with the concurrence of the Probation Officer, said it would be moving to dismiss violations 1 and 2 at or before sentencing.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

\

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of July 2022.

_____
BRUCE E. REINHART
U.S. MAGISTRATE JUDGE