UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20275-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN CHRISTIAN FUSCO,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The defendant, Kevin Christian Fusco, through counsel, hereby files this Unopposed Motion to Continue Sentencing, and in support thereof, states:

1. Mr. Fusco has admitted to violations 3 through 9 in this case. (DE 80). The matter is currently scheduled for sentencing on October 25, 2022 at 11 a.m. (DE 82). Mr. Fusco is also scheduled for sentencing before this Court on October 25, 2022 in another matter. (*United States v. Fusco*, 22-CR-80056-Rosenberg). The parties anticipate that this sentencing hearing will require more than 30 minutes to complete.

2. The undersigned has recently been assigned a multi-codefendant case that is scheduled for a defense motion to dismiss on October 25, 2022 at 10 a.m. in Fort Pierce. (*United States v. Jose Goyos*, 22-CR-80022-AMC-10). That motion to dismiss applies to Mr. Goyos and four other co-defendants. (*United States v. Carver*

*et al*, 22-CR-80022-AMC, DEs 350, 355, 371, 372, & 378). The government and the five defendants have previously requested a continuance of the motion to dismiss, (*United States v. Carver et al*, 22-CR-80022-AMC, DE 392), but the motion to continue has been denied. (*United States v. Carver et al*, 22-CR-80022-AMC, DE 394).

3. Accordingly, the undersigned requests that this Court continue Mr. Fusco's sentencing hearing. The undersigned, as well as the Government, are available later in the week of October 25, 2022 or the following week for sentencing in this matter, and Mr. Fusco's other related matter.

4. The undersigned has conferred with Assistant United States Attorney Daniel Funk who has advised the Government does not oppose this request.

Wherefore, the Defendant, Kevin Christian Fusco, through undersigned counsel respectfully moves to continue the sentencing hearing currently scheduled for October 25, 2022 at 11 a.m.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

        By: *s/M. Caroline McCrae*
        M. Caroline McCrae
        Assistant Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 72164
        450 S Australian Avenue, Suite 500
        West Palm Beach, Florida 33401
        Phone:  (561) 833-6288
        Email:  *caroline_mccrae@fd.org*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            *s/M. Caroline McCrae*
            M. Caroline McCrae