UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20275-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN CHRISTIAN FUSCO,

    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING**

This cause came before the Court on Mr. Fusco's Unopposed Motion to Continue Sentencing, and the Court being fully advised in the premises, and after careful consideration, for the reasons stated in Mr. Fusco's Motion, it is

ORDERED AND ADJUDGED that Mr. Fusco's Motion is GRANTED and the cause shall be scheduled for sentencing on _____ at _____.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this \_\_\_\_\_ day of October, 2022.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE