UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CR-20275 ROSENBERG

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

KEVIN FUSCO,

        Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release held on November 4, 2022. After statements by all parties and the Defendant's admission to the violations in the petition, it is hereby

**ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **REVOKED.** It is further **ORDERED AND ADJUDGED** that the Defendant Kevin Fusco is hereby committed to the custody of the United States Bureau of Prisons to be <u>imprisoned for a term of 24 months</u>, to run concurrent to the sentence imposed in case number 22-CR-80056, with no supervision to follow.

**DONE AND ORDERED** in West Palm Beach, Florida, this 18th day of November, 2022.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE